# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY EDWARD POWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>MADDEN, et al.,<br><br>    Defendants. | 1:13-cv-057-AWI-MJS (PC)<br><br>ORDER DENYING MOTION TO TRANSFER FILING FEE FROM ANOTHER ACTION<br><br>(ECF No. 4) |

Plaintiff Tony Edward Powell ("Plaintiff") is a former state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

This action was initiated on January 14, 2013. (ECF No. 1.) On February 11, 2013, Plaintiff filed a motion with the Court requesting that the filing fee paid in 1:12-cv-1527-AWI-BAM, Powell v. George, be transferred to cover the filing costs in Plaintiff's current action.

Pursuant to Local Rule 121(c) the Clerk cannot file any paper, issue any process, or render any other service for which a fee is prescribed by statute until the required fee is paid.. In order to initiate a civil action, parties must pay a $350.00 filing fee.[1] 28 U.S.C.

---

[1] Parties may also ask for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

-1-

1  § 1914.  Neither the statute nor the local rule authorize filing fees to be transferred from
2  one action to another.
3       Accordingly, Plaintiff's motion is DENIED.
7  IT IS SO ORDERED.
8  Dated:   February 26, 2013                    /s/ *Michael J. Seng*
                                                 UNITED STATES MAGISTRATE JUDGE