**FILED**

MAR 25 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY EDWARD POWELL,<br><br>Plaintiff,<br><br>v.<br><br>MADDEN, et al.,<br><br>Defendants. | 1:13-cv-057-AWI-MJS (PC)<br><br>ORDER VACATING ORDER DENYING MOTION TO TRANSFER FILING FEE FROM ANOTHER ACTION AND GRANTING PLAINTIFF'S MOTIONS TO TRANSFER FEES<br><br>(ECF Nos. 4, 6) |

Plaintiff Tony Edward Powell ("Plaintiff") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

This action was initiated on January 14, 2013. (ECF No. 1.) On February 11, 2013, Plaintiff filed a motion with the Court requesting that the filing fee paid in 1:12-cv-1527-AWI-BAM, Powell v. George, be transferred to this case and be applied to cover the filing fee here. (ECF No. 4.) The Court, believing that Plaintiff was referring to a fee that had already been paid in, and applied to cover the cost of, another action in this Court, denied Plaintiff's motion because each action requires its own filing fee. (ECF No. 5.)

Plaintiff has since filed a second motion asking that the fees be transferred (ECF No. 6) and a relative of Plaintiff has contacted the Court to explain that the filing fee was

-1-

1  meant for this action and mistakenly filed in the other.

2  On investigation, it appears the fee was paid before this case was open and so it
3  was mistakenly applied to another closed action, 1:12-cv-1527-AWI-BAM, Powell v.
4  George.

5  Accordingly, the Court hereby ORDERS that:

6  1. The Court's prior order denying Plaintiff's motion to transfer the fee filed in
7     1:12-cv-1527-AWI-BAM, Powell v. George is VACATED;
8  2. Plaintiff's motions to transfer fees (ECF Nos. 4 & 6) are GRANTED;
9  3. The Clerk's Office is directed to transfer the fees filed in 1:12-cv-1527-AWI-
10    BAM, Powell v. George to this action; and
11 4. The Clerk of the Court is directed to serve a copy of this order on the
12    Financial Department, United States District Court, Eastern District of
13    California.

**ORDER**

It is so Ordered.

3/25/2013
Date

U.S. Magistrate Judge