UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY EDWARD POWELL,<br><br>    Plaintiff,<br><br>vs.<br><br>MADDEN, *et al.*,<br><br>    Defendants. | Case No. 1:13-cv-00057-RRB<br><br>**ORDER REGARDING<br>MOTION AT DOCKET 50** |

At **Docket 50** Plaintiff Tony Edward Powell, a federal prisoner appearing *pro se*, filed a document entitled "Petition for Initial Disclosure." It appears from that document that Powell opposes the Defendants' Motion for Clarification re: Scheduling and Planning Order,[1] which this Court granted and amended the Scheduling and Planning Order.[2] The Court having considered Powell's arguments finds them to be without substantial merit. The Scheduling and Planning Order, as amended, conforms to the requirements of the Federal Rules of Civil Procedure. Accordingly, the Petition for Initial Disclosure at **Docket 50** is **DENIED**.

**IT IS SO ORDERED** this 10th day of March, 2014.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[1]    Docket 38.

[2]    Docket 41.

ORDER REGARDING MOTION AT DOCKET 50