UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY EDWARD POWELL,<br><br>    Plaintiff,<br><br>vs.<br><br>MADDEN, *et al.*,<br><br>    Defendants. | Case No. 1:13-cv-00057-RRB<br><br>**ORDER REGARDING<br>MOTION AT DOCKET 69** |

Plaintiff Tony Edward Powell is proceeding *pro se* in this civil action. On September 2, 2014, Defendant United States of America served and filed a motion for summary judgment.[1] The United States included in that motion a *Rand* warning.[2] The Court supplements that warning as follows.[3]

1.    Plaintiff is required to file an opposition or a statement of non-opposition to Defendant's motion.[4] The opposition or statement of non-opposition must be served and filed not more than **21 days** after the date of service of the motion.[5]

2.    In responding to the motion of the United States Plaintiff may not simply rely on allegations in the complaint.  Instead, Plaintiff must oppose the motion by setting forth

---

[1]    Docket 69.

[2]    *See Rand v. Rowland*, 154 F.3d 952, 962–63 (9th Cir. 1998) (en banc).

[3]    *See Woods v. Carey*, 684 F.3d 934 (9th Cir. 2012).

[4]    Local Rule 230(l).

[5]    *Id.*

specific facts in declaration(s) and/or by submitting other evidence regarding the liability of George, Madan, and/or Heck for the conditions that led to Plaintiff's slip and fall.[6] If Plaintiff does not submit his own evidence in opposition, the Court may conclude that Plaintiff has not established that George, Madan, and Heck were responsible for the alleged unsafe conditions, the case will be dismissed, and final judgment entered in favor of the United States.  Dismissal will be with prejudice, which means that Plaintiff may not pursue the matter any further in any court of law.

      3.    Unsigned declarations will be stricken, and declarations not signed under penalty of perjury have no evidentiary value.

      **IT IS SO ORDERED** this 3rd day of September, 2014.

                              S/ RALPH R. BEISTLINE
                              UNITED STATES DISTRICT JUDGE

---

[6] *See* Fed. R. Civ. P. 43(c); *Ritza v. Int'l Longshoremen's & Warehousemen's Union*, 837 F.2d 365, 369 (9th Cir. 1988) (per curiam)).