UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TONY EDWARD POWELL,  Plaintiff, vs. MADDEN, *et al.*,  Defendants. | Case No. 1:13-cv-00057-RRB  **ORDER DENYING MOTION AT DOCKET 70** |
|---|---|

At **Docket 70** Plaintiff Tony Edward Powell, a federal prisoner appearing *pro se*, filed his second motion to appoint counsel. The Court having reviewed the motion has determined that it does not present any more compelling basis for appointing counsel that did his first motion. Accordingly, for the same reasons set forth in its first Order denying appointment of counsel,[1] Plaintiff's Petition for Appointment of an Attorney and or Appointment of an Investigator at **Docket 70** is **DENIED**.

**IT IS SO ORDERED** this 3rd day of September, 2014.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[1] Docket 37.